650

Theodore A. Kolb, Appellee, v. Dorothy Gabl et al.,
Defendants.
Appeal of Helen A. Russell and Charles J. Russell,
Appellants.

Gen. No. 44,446.

opinion filed
May 10, 1949; rehearing denied May 24, 1949; released for publication
June 3, 1949. Charles J. Russell, for appellants; George T. Spensley,
for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.